**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 28 2019
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

10/24/19
Case # 19-14630
debtor: Verona Ricketts
Judge: Hon. M.B Kaplan

Re: Response to IRS Objection of Confirmation 11/13/19.

Mr. Kaplan,

I am responding to the above mentioned. On 10/24/19 I attempted to reach out to Mr. Eamonn O'Hagan the attorney who filed the objection for IRS. I was unsuccessful and eventually recieved a E-mail stating he reffered me to a Ms. Pamela Hunter a IRS insolvency specialist who is handling my case. Mr. O'Hagan stated "he could not discuss payment plans as he does not work at the IRS". Ms. Hunter should be calling me 10/28/9 as per E-mail. I am requesting to be heard on this matter 11/13/19 with the hopes that it can be resolved fairly and I can verbalize information that I have recieved prior to the objection that has me conflicted. I will continue with my efforts till then.
Thanking you in Advance,
Verona Ricketts.

Rec'd 10/31/19 pf