| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Toyota Motor Credit Corporation | Order Filed on December 2, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:   19-14630 MBK<br><br>Chapter: 13<br><br>Judge:  Michael B. Kaplan |
| In Re:<br><br>Verona Ricketts,<br><br>    Debtor. | |

## ORDER REINSTATING STAY & CURING POST-PETITION ARREARS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 2, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:         Janet E. Tapper
Case No.:     19-14630 MBK
Caption:       **ORDER REINSTATING STAY & CURING POST-PETITION ARREARS**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic stay as to 2017 Toyota Camry, VIN: 4T1BF1FK8HU641239, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Verona Ricketts, Pro Se debtor, and for good cause having been shown

It is further **ORDERED, ADJUDGED** and **DECREED** that the Order Vacating Stay & Co-Debtor Stay entered October 24, 2019 (#58 on the docket) is hereby vacated; and

It is **ORDERED, ADJUDGED and DECREED** that as of November 8, 2019, Debtor is in arrears outside of the Chapter 13 plan to Secured Creditor for payments due September 2019 through November 2019 for a total post-petition default of $1,330.16 (3 @ $646.27, less suspense of $608.65);

It is further **ORDERED, ADJUDGED and DECREED** that the debtor shall make an immediate payment of $1,330.16 by November 30, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume December 6, 2019, directly to Secured Creditor, TMCC, P.O. Box 5855, Carol Stream, IL 60197-5855; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $881.00 for attorneys' fees, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that automatic stay as to the subject property is hereby reinstated.

United States Bankruptcy Court
District of New Jersey

In re:  
Verona Ricketts  
     Debtor

Case No. 19-14630-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 02, 2019  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2019.  
db            +Verona Ricketts,    33 Hawthorne Lane,    Willingboro, NJ 08046-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2019 at the address(es) listed below:
          Albert Russo    docs@russotrustee.com  
          Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)    eamonn.ohagan@usdoj.gov  
          Harold N. Kaplan    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC hkaplan@rasnj.com, informationathnk@aol.com  
          John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation    ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          Maria Cozzini    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC mcozzini@sternlav.com  
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation    rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                    TOTAL: 7