UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Verona Ricketts, Pro Se
33 Hawthorne Lane
Willingboro, New Jersey 08046
Tel (609) 444-8274

**Order Filed on March 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Verona Ricketts

Case No.: 19-14630

Chapter: 13

Judge: Michael B. Kaplan

## ORDER AUTHORIZING RETENTION OF

Verona Ricketts

The relief set forth on the following page is **ORDERED**.

**DATED: March 2, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain     Justin H. Sperling     as     Special Counsel - Personal Injury Case    , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:    Aronberg, Kouser, et al.
   430 Route 70 West
   Cherry Hill, New Jersey 08002

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

```
                      United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                              Case No. 19-14630-MBK
Verona Ricketts                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 02, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
db              +Verona Ricketts,    33 Hawthorne Lane,    Willingboro, NJ 08046-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
              Albert Russo     docs@russotrustee.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Harold N. Kaplan    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC hkaplan@rasnj.com,
               informationathnk@aol.com
              John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Justin Harris Sperling    on behalf of Debtor Verona Ricketts jsperling@akplaw.net
              Maria Cozzini    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC mcozzini@sternlav.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8