**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, New Jersey 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

       **VERONA RICKETTS**
               Debtor(s)

**Order Filed on June 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  19-14630 MBK

Hearing:  5/19/20

Judge  Michael B. Kaplan

# ORDER APPROVING SETTLEMENT

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: June 8, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Debtor's Motion to Approve Personal Injury Settlement filed by Justin H. Sperling, Esquire of Aronberg, Kouser, Snyder & Lindermnn, PA, special counsel for the above captioned Debtor; and, the Coury having reviewed the documents on file and having heard the arguments of counsel; and, and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**ORDERED** that the motion is granted;

**IT IS FURTHER ORDERED** that Debtor's gross settlement in the amount of $95,000.00, as set forth in the Statement of Distribution attached to the Motion as Exhibit B, is hereby approved; and

**IT IS FURTHER ORDERED** that special counsel may pay all counsel fees, medical bills, and liens ($33,142.72) from the gross settlement proceeds; and

**IT IS FURTHER ORDERED** that the Debtor is allowed an exemption of $25,150.00 pursuant to Code Section 522 (d)(11)(D) and an exemption of $12,575.00 under Code Section 522 (d)(5) for a total of $37,725.00. This amount of $37,725.00 may be paid directly to the debtor by personal injury counsel. All remaining proceeds are to be turned over to the chapter 13 Trustee.

**IT IS FURTHER ORDERED** that the remaining non-exempt proceeds in the amount of $24,132.28 shall be turned over to the Chapter 13 Trustee within 10 days of the date of this order; and

**IT IS FURTHER ORDERED** that the Debtor's right to amend exemptions and Trustee's right to object are preserved.