| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In Re:<br><br>**VERONA RICKETTS**<br>Debtor(s) |

**Order Filed on June 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  19-14630 MBK

Hearing:   5/19/20

Judge  Michael B. Kaplan

# ORDER APPROVING SETTLEMENT

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: June 8, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Debtor's Motion to Approve Personal Injury Settlement filed by Justin H. Sperling, Esquire of Aronberg, Kouser, Snyder & Lindermnn, PA, special counsel for the above captioned Debtor; and, the Coury having reviewed the documents on file and having heard the arguments of counsel; and, and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**ORDERED** that the motion is granted;

**IT IS FURTHER ORDERED** that Debtor's gross settlement in the amount of $95,000.00, as set forth in the Statement of Distribution attached to the Motion as Exhibit B, is hereby approved; and

**IT IS FURTHER ORDERED** that special counsel may pay all counsel fees, medical bills, and liens ($33,142.72) from the gross settlement proceeds; and

**IT IS FURTHER ORDERED** that the Debtor is allowed an exemption of $25,150.00 pursuant to Code Section 522 (d)(11)(D) and an exemption of $12,575.00 under Code Section 522 (d)(5) for a total of $37,725.00. This amount of $37,725.00 may be paid directly to the debtor by personal injury counsel. All remaining proceeds are to be turned over to the chapter 13 Trustee.

**IT IS FURTHER ORDERED** that the remaining non-exempt proceeds in the amount of $24,132.28 shall be turned over to the Chapter 13 Trustee within 10 days of the date of this order; and

**IT IS FURTHER ORDERED** that the Debtor's right to amend exemptions and Trustee's right to object are preserved.

United States Bankruptcy Court
District of New Jersey

In re:  
Verona Ricketts  
    Debtor

Case No. 19-14630-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 08, 2020  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.  
db            +Verona Ricketts,   33  Hawthorne Lane,   Willingboro, NJ 08046-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:

            Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com  
            Albert  Russo   docs@russotrustee.com  
            Eamonn  O'Hagan   on behalf of Creditor   United States of America (Internal Revenue Service)  
             eamonn.ohagan@usdoj.gov  
            Harold N. Kaplan   on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC hkaplan@rasnj.com,  
             informationathnk@aol.com  
            John R. Morton, Jr.   on behalf of Creditor    Thrift Investment Corporation  
             ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com  
            Justin Harris Sperling   on behalf of Debtor Verona  Ricketts jsperling@akplaw.net  
            Maria  Cozzini   on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC mcozzini@sternlav.com  
            Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation  
             rsolarz@kmllawgroup.com  
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                 TOTAL: 9