Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–14630–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Verona Ricketts
33 Hawthorne Lane
Willingboro, NJ 08046

Social Security No.:
xxx–xx–4645

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/29/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 30, 2020
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Verona Ricketts                                                                Case No. 19-14630-MBK
        Debtor                                                                 Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 2          Date Rcvd: Jun 30, 2020
                             Form ID: 148           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
```
db          +Verona Ricketts,   33 Hawthorne Lane,   Willingboro, NJ 08046-1717
cr          +CARRINGTON MORTGAGE SERVICES, LLC,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
             Duluth, GA 30097-8461
sp          +Justin Sperling,  Aronberg, Kouser et al,   430 Route 70 West,   Cherry Hill, NJ 08002-3583
cr          +Thrift Investment Corporation,   720 King George's Post Road P.O. Box 538,
             Fords, NJ  08863-0538,   UNITED STATES 08863-0538
518237314   +Bank of Missouri,   2700 S. Lorraine Pl.,   Sioux Falls, SD 57106-3657
518068234   +CARRINGTON MORTGAGE,   1600 DOUGLAS RD #100-200A,   ANAHELM, CA 92806-5951
518068232   +CELTRIC BANK CORP,   268 S STATE ST #300,   SALT LAKE CITY, UT 84111-5314
518068241   +CONTINENTAL FIN CO,   4550 NEW LINDEN HILL RD,   WILMINGTON, DE 19808-2930
518222190    EMERGENCY PHYSICIAN ASSOCIATES OF S.JERSEY,PC,   PO Box 1123,   Minneapolis, MN 55440-1123
518068239   +NCB MANAGEMENT,   1 ALLIED DR,   TREVOSE, PA 19053-6945
518068242   +NCCCI,   14 ORCHARD RD #100,   LAKE FOREST, CA 92630-8311
518120061   +RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,   Duluth, GA 30097-8461
518707991   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court:  STATE OF NEW JERSEY,   DEPARTMENT OF THE TREASURY,
             DIVISION OF TAXATION,   P.O. BOX 245,   TRENTON, NJ 08695-0245)
518068229    THE BANK OF MISSOURI,   261 WEST 2ND ST,   DIXON, MO 65459
518068235    THRIFT INVESTMENT,   750 KING GEORGE POST,   FORD, NJ 08863
518255010   +Thrift Investment Corporation,   720 King George's Post Rd, PO Box 538,   Fords, NJ 08863-0538
518229500   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 01 2020 02:56:20    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 01 2020 02:56:17    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr           EDI: IRS.COM Jul 01 2020 06:13:00    United States of America (Internal Revenue Service,
             U.S. Attorney's Office,   970 Broad Street,   Suite 700,   Newark, NJ  07102-2535
518068243   +E-mail/Text: customerservice@brightlending.com Jul 01 2020 02:57:19    BRIGHT LENDING,
             PO BOX 578,   HAYS MT 59527-0578
518068233   +EDI: BLUESTEM Jul 01 2020 06:13:00    FINGERHUT/WEBBANK,   6250 RIDGEWOOD RD,
             ST CLOUD MN 56303-0820
518068230   +EDI: AMINFOFP.COM Jul 01 2020 06:13:00    FIRST PREMIER,   3820 N LOUISE AVE,
             SIOUX FALLS, SD 57107-0145
518068238    EDI: JEFFERSONCAP.COM Jul 01 2020 06:13:00    JEFFERSON CAPITAL SYSTEM,   16 MCLEAND RD,
             ST CLOUD, MN 56303
518068231   +EDI: CBS7AVE Jul 01 2020 06:13:00    MONTGOMERY WARD,   1112 7TH AVE,   MONROE, WI 53566-1364
518166588   +EDI: CBSMASON Jul 01 2020 06:13:00    Massey's,   c/o Creditors Bankruptcy Service,
             P.O. Box 800849,   Dallas, TX 75380-0849
518166587   +EDI: CBS7AVE Jul 01 2020 06:13:00    Montgomery Ward,   c/o Creditors Bankruptcy Service,
             P.O. Box 800849,   Dallas, TX 75380-0849
518308861   +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 01 2020 03:03:22    PYOD, LLC,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
518068236   +EDI: DRIV.COM Jul 01 2020 06:13:00    SANTANDER CONSUMER,   8585 N STEMMOM,   FWY #100-N,
             DALLAS, TX 75247-3836
518068837   +EDI: DRIV.COM Jul 01 2020 06:13:00    Santander Consumer,   POB 961245,
             Fort Worth, TX 76161-0244
518068237   +EDI: TFSR.COM Jul 01 2020 06:13:00    TOYOTA MOTOR CREDIT,   PO BOX 9786,
             CEDAR RAPIDS, IA 52409-0004
518422617    EDI: ECMC.COM Jul 01 2020 06:13:00    US Department of Education,   PO Box 16448,
             St. Paul, MN 55116-0448
518131678   +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Jul 01 2020 03:02:40    US Dept. of HUD,
             451 7th St., S.W.,   Washington, DC 20410-0001
518068240   +EDI: VERIZONCOMB.COM Jul 01 2020 06:13:00    VERIZON,   500 TECHNOLOGY DR #300,
             WELDON SPRING, MO 63304-2225
518226781   +EDI: AIS.COM Jul 01 2020 06:13:00    Verizon,   by American InfoSource as agent,
             4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                   TOTAL: 18


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518486497*  +Department of Treasury,   Internal Revenue Service,   P O Box 7346,
             Philadelphia, PA 19101-7346
518417927*   IRS,   POB 7346,   Philadelphia, PA  19101-7346
518428217*  +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
518068846   ##+Sarita Jordan,   33 Hawthorne Lane,   Willingboro, NJ 08046-1717
                                                                    TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 30, 2020
                             Form ID: 148              Total Noticed: 35
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
```
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo    docs@russotrustee.com
        Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
         eamonn.ohagan@usdoj.gov
        Harold N. Kaplan    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC hkaplan@rasnj.com,
         informationathnk@aol.com
        John R. Morton, Jr.  on behalf of Creditor    Thrift Investment Corporation
         ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        Justin Harris Sperling    on behalf of Debtor Verona  Ricketts jsperling@akplaw.net
        Maria  Cozzini    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC mcozzini@sternlav.com
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
         rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 9
```