UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON & TRUESALE
By: Steven J. Abelson, Esq.
ID # SA 7987
80 West Main Street
Freehold, New Jersey  07728
(732) 462-4773
Attorneys for Debtor

Order Filed on October 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

VERONA RICKETTS

| | |
|---|---|
| Case Number: | 19-14630 |
| Hearing Date: | 10/6/20 |
| Judge: | MBK |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 6, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by _____Debtor_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to Carrington Mortgage and the Order of 4/17/20 (Docket #80) is hereby vacated.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*