| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**ABELSON & TRUESDALE**<br>BY: Steven J. Abelson, Esq..<br>ID #SA 7987<br>80 West Main Street<br>P.O. Box 7005<br>Freehold, New Jersey 07728<br>(732) 462-4773<br>Attorney for Debtor | **Order Filed on October 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>VERONA RICKETTS | Case No.: 19-14630 (MBK)<br>Adv. No.:<br>Hearing Date: 9/1/20<br>JUDGE: HON. MICHAEL B. KAPLAN |

## ORDER RESOLVING MOTION TO
## EXPUNGE PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 16, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER EXPUNGING PROOF OF CLAIM BY
TOYOTA MOTOR CREDIT CORP

**CASE NUMBER**: 19-14630

**DATE OF HEARING**: 9/1/20

**JUDGE**: HON. MICHAEL B. KAPLAN

-------------------------------------------------------------------------------------------------------------------------

THIS MATTER being opened to the Court upon the application of the debtors by their counsel, Steven J. Abelson, Esq., and Creditor Toyota Motor Credit being represented by Gavin Stewart, Esq. and the parties having amicably resolved the matter for good cause having been shown:

IT IS ORDERED as follows:

1) The Proof of Claim of Toyota Motor Credit Corp (Claim # 12) having been intended as an Amendment to Claim #6-1 and in order to prevent duplication of payments, Claim # 12-1 is hereby deemed amended and modified to the total sum of $ 646.27. The sum of $ 226.67 has been paid on same to date leaving a balance due of $ 426.35 due on said claim.

2) The Chapter 13 Trustee will adjust the payment treatment under the Chapter 13 plan accordingly.