Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–14630–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Verona Ricketts
   33 Hawthorne Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx–xx–4645

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/26/21 at 09:00 AM

to consider and act upon the following:

118 − Creditor's Certification of Default (related document:66 Order (Generic)) filed by Gavin Stewart on behalf of Toyota Motor Credit Corporation. Objection deadline is 05/7/2021. (Attachments: # 1 Certification # 2 Exhibit Order Reinstating Stay & Curing Post−Petition Arrears # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 5/5/21

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court