Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 19−14630−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Verona Ricketts
   33 Hawthorne Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−4645

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 12, 2020.

On June 13, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:          July 14, 2021
Time:          10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 14, 2021
JAN: pbf

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Verona Ricketts  
    Debtor

Case No. 19-14630-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 14, 2021      Form ID: 185      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Verona Ricketts, 33 Hawthorne Lane, Willingboro, NJ 08046-1717 |
| cr | + | CARRINGTON MORTGAGE SERVICES, LLC, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| sp | + | Justin Sperling, Aronberg, Kouser et al, 430 Route 70 West, Cherry Hill, NJ 08002-3583 |
| cr | + | Thrift Investment Corporation, 720 King George's Post Road P.O. Box 538, Fords, NJ 08863-0538, UNITED STATES 08863-0538 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518237314 | + | Bank of Missouri, 2700 S. Lorraine Pl., Sioux Falls, SD 57106-3657 |
| 518068232 | + | CELTRIC BANK CORP, 268 S STATE ST #300, SALT LAKE CITY, UT 84111-5314 |
| 518068241 | + | CONTINENTAL FIN CO, 4550 NEW LINDEN HILL RD, WILMINGTON, DE 19808-2930 |
| 518222190 | | EMERGENCY PHYSICIAN ASSOCIATES OF S.JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518068230 | + | FIRST PREMIER, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 518068239 | + | NCB MANAGEMENT, 1 ALLIED DR, TREVOSE, PA 19053-6945 |
| 518068242 | + | NCCCI, 14 ORCHARD RD #100, LAKE FOREST, CA 92630-8311 |
| 518120061 | + | RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518068236 | + | SANTANDER CONSUMER, 8585 N STEMMOM, FWY #100-N, DALLAS, TX 75247-3836 |
| 518707991 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518068837 | + | Santander Consumer, POB 961245, Fort Worth, TX 76161-0244 |
| 518068229 | | THE BANK OF MISSOURI, 261 WEST 2ND ST, DIXON, MO 65459 |
| 518068235 | | THRIFT INVESTMENT, 750 KING GEORGE POST, FORD, NJ 08863 |
| 518068237 | + | TOYOTA MOTOR CREDIT, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 518255010 | + | Thrift Investment Corporation, 720 King George's Post Rd, PO Box 538, Fords, NJ 08863-0538 |
| 518229500 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518422617 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 14 2021 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 14 2021 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 14 2021 20:54:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 518068243 | + | Email/Text: customerservice@brightlending.com | Jun 14 2021 20:56:00 | BRIGHT LENDING, PO BOX 578, HAYS MT 59527-0578 |
| 518068234 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 14 2021 20:54:00 | CARRINGTON MORTGAGE, 1600 DOUGLAS RD #100-200A, ANAHELM, CA 92806-5951 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518068233 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 14 2021 20:56:00 | FINGERHUT/WEBBANK, 6250 RIDGEWOOD RD, ST CLOUD MN 56303-0820 |
| 518068238 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 14 2021 20:56:00 | JEFFERSON CAPITAL SYSTEM, 16 MCLEAND RD, ST CLOUD, MN 56303 |
| 518068231 | + | Email/Text: bankruptcy@sccompanies.com | Jun 14 2021 20:56:00 | MONTGOMERY WARD, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 518166588 | + | Email/Text: bankruptcy@sccompanies.com | Jun 14 2021 20:54:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518166587 | + | Email/Text: bankruptcy@sccompanies.com | Jun 14 2021 20:56:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518308861 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2021 21:16:13 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518131678 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 14 2021 21:15:15 | US Dept. of HUD, 451 7th St., S.W., Washington, DC 20410-0001 |
| 518068240 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 14 2021 20:54:00 | VERIZON, 500 TECHNOLOGY DR #300, WELDON SPRING, MO 63304-2225 |
| 518226781 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 14 2021 21:16:31 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518486497 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518417927 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 518428217 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518068846 | ##+ | Sarita Jordan, 33 Hawthorne Lane, Willingboro, NJ 08046-1717 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2021            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 14, 2021 | Form ID: 185 | Total Noticed: 36 |

Eamonn O'Hagan
    on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Harold N. Kaplan
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC hkaplan@rasnj.com, informationathnk@aol.com

John R. Morton, Jr.
    on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Justin Harris Sperling
    on behalf of Debtor Verona Ricketts jsperling@akplaw.net

Maria Cozzini
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC mcozzini@sternlav.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Steven J. Abelson
    on behalf of Debtor Verona Ricketts sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11