Order Filed on July 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRJCT OF NEW JERSEY
Caption in Compliance with
D.N.J.LBR 9004-l,

STltWART LEGAL GROUP, P.L.
*Formed in the State of Florida*
**Gavin N. Stewa1t, Esq.**
*Of Counsel to Boniol & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-matl: gavtn@stewartlegalgroup.com
*Attorney for Creditor*

In Verona Ricketts

Debtor.

Chapter 13

Case No. 19-14630-MBK

Hearing Date: June 9, 2021

**Judge** Michael B. Kaplan

### CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages is hereby ORDERED.

**DATED: July 16, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Debtor:** Verona Ricketts
**Case No.:** 19-14630-MBK
**Caption of Order:** CONSENT ORDER RESOLVING CERTIFICATION OF *DEFAULT*

THIS MATTER having been opened to the Court upon the Cc1tification of Default ("COD") filed by Toyota Motor Credit Corporation ("Creditor") and whereas the Debtor and Creditor seek to resolve the COD, it is hereby ORDERF,D:

1. The automatic slay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following properly: 2017 Toyota Camry, VlN: 4T1BF1FK8HU641239 ("Property") provided that on or before June 18, 2021, the Debtor shall tile a modified plan providing for the curing and payment in ful l of the total amount due under the loan, namely, $24,114.49, to be paid at 5.25% over the remaining months of the Plan.

2. If the modified plan described in Paragraph 1 is not filed by the date therein, this Order shall be deemed to grant Creditor immediate relief from the automatic stay under section 362 of the Bankruptcy Code to proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies with respect to the Property.

3. If the Debtor filed the modified plan described in Paragraph 1 but subsequently fails to pay either the remaining arrears and/or the contractual payments due to Creditor, and the Debtor falls to cure the payment default within thirty (30) days fom the date of default, Creditor may submit a Certificate of Default to the Court on fomteen (14) duys' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

4. Creditor is awarded reimbursement of attorney fees in the amount of $250.00 to be paid through the Chapter 13 Plan.

STIPULATED AND AGREED:

_____
Steven J. Abelson, Esquire
Abelson Law Offices
80 West Main Street, PO Box 7005
Freehold, NJ 07728
*Counsel to Debtor*

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*