

Order Filed on July 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRJC'I' OF NEW JERSEY<br>Caption in Compliance with D.N.J.LBR 9004-l,<br><br>STltWART LEGAL GROUP, P.L.<br>*Formed in the State of Florida*<br>**Gavin N. Stewa1t, Esq.**<br>*Of Counsel to Boniol & Associates, P.C.*<br>**401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-matl: gavtn@stewartlegalgroup.com**<br>*Attorney for Creditor* | |
| In Verona Ricketts<br><br>Debtor. | Chapter 13<br><br>Case No. 19-14630-MBK<br><br>Hearing Date: June 9, 2021<br><br>**Judge** Michael B. Kaplan |

CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages is hereby ORDERED.

**DATED: July 16, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**Debtor:** Verona Ricketts
**Case No.:** 19-14630-MBK
**Caption of Order:** CONSENT ORDER RESOLVING CERTIFICATION OF *DEFAULT*

THIS MATTER having been opened to the Court upon the Cc1tification of Default ("COD") filed by Toyota Motor Credit Corporation ("Creditor") and whereas the Debtor and Creditor seek to resolve the COD, it is hereby ORDERF,D:

1. The automatic slay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following properly: 2017 Toyota Camry, VlN: 4T1BF1FK8HU641239 ("Property") provided that on or before June 18, 2021, the Debtor shall tile a modified plan providing for the curing and payment in ful l of the total amount due under the loan, namely, $24,114.49, to be paid at 5.25% over the remaining months of the Plan.

2. If the modified plan described in Paragraph 1 is not filed by the date therein, this Order shall be deemed to grant Creditor immediate relief from the automatic stay under section 362 of the Bankruptcy Code to proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies with respect to the Property.

3. If the Debtor filed the modified plan described in Paragraph 1 but subsequently fails to pay either the remaining arrears andior the contractual payments due to Creditor, and the Debtor falls to cure the payment default within thirty (30) days fom the date of default, Creditor may submit a Certificate of Default to the Court on fomteen (14) duys' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

4. Creditor is awarded reimbursement of attorney fees in the amount of $250.00 to be paid through the Chapter 13 Plan.

STIPULATED AND AGREED:

_____
Steven J. Abelson, Esquire
Abelson Law Offices
80 West Main Street, PO Box 7005
Freehold, NJ 07728
*Counsel to Debtor*

*/s/Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-14630-MBK
Verona Ricketts  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Jul 16, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

**Recip ID    Recipient Name and Address**
db     + Verona Ricketts, 33 Hawthorne Lane, Willingboro, NJ 08046-1717

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

**Name    Email Address**

Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Eamonn O'Hagan
    on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Harold N. Kaplan
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC hkaplan@rasnj.com, informationathnk@aol.com

John R. Morton, Jr.
    on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Justin Harris Sperling
    on behalf of Debtor Verona Ricketts jsperling@akplaw.net

Maria Cozzini
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC mcozzini@sternlav.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Steven J. Abelson
    on behalf of Debtor Verona Ricketts sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11