Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–14630–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Verona Ricketts
  33 Hawthorne Lane
  Willingboro, NJ 08046

Social Security No.:
  xxx–xx–4645

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 1/12/22 at 09:00 AM

to consider and act upon the following:

*138* − Creditor's Certification of Default filed by Maria Cozzini on behalf of CARRINGTON MORTGAGE SERVICES, LLC. Objection deadline is 12/2/2021. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) (Cozzini, Maria)

Dated: 12/2/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court