Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–14630–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Verona Ricketts
33 Hawthorne Lane
Willingboro, NJ 08046

Social Security No.:
xxx–xx–4645

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 6/8/22 at 09:00 AM

to consider and act upon the following:

*152* – Creditor's Certification of Default filed by Maria Cozzini on behalf of CARRINGTON MORTGAGE SERVICES, LLC. Objection deadline is 05/27/2022. (Attachments: # 1 Exhibit # 2 Certification # 3 Certificate of Service # 4 Proposed Order) (Cozzini, Maria)

Dated: 5/17/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court