Order Filed on June 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>Attorneys for Secured Creditor,<br>Carrington Mortgage Services, LLC<br>By: Maria Cozzini, Esq. | |
| In Re:<br><br>  Verona Ricketts<br><br><br>  Debtor(s) | Case No.: 19-14630-MBK<br>Chapter:   13<br>Hearing Date:<br>Judge:   Michael B. Kaplan |

# ORDER VACATING AUTOMATIC STAY AS TO
# REAL PROPERTY TO  CARRINGTON MORTGAGE SERVICES, LLC

The relief set forth on the following pages, is hereby **ORDERED**.

**DATED: June 23, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Verona Ricketts
Case No.:19-14630-MBK
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of **Carrington Mortgage Services, LLC,** on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as **33 HAWTHORNE LANE, WILLINGBORO TOWNSHIP, NJ  08046**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.